STATE OF NEW JERSEY v. LAWRENCE ADAIR.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE PERRY.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF LABOR &
INDUSTRY v. DAVID LOBEL.

September 30, 1980.

Petition for certification denied.

KENNETH C. RAISCH v. WILLIAM TAYLOR.

September 30, 1980.

Petition for certification denied.